NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3044

BYRON T. HURST,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. CH3443090469-I-1.

ON MOTION

O R D E R

Upon consideration of the unopposed motion to reform the official caption to designate the Merit Systems Protection Board as respondent and the unopposed motion to suspend briefing pending disposition of the motion to reform the caption,

IT IS ORDERED THAT:

(1)    The motions are granted. The revised official caption is reflected above.

(2)     If the petitioner's brief has not already been filed, it is due within 21 days of the date of filing of this order.

FOR THE COURT

JAN 2 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Byron T. Hurst
       Douglas G. Edelschick, Esq.
       Sara Rearden, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2010

JAN HORBALY
CLERK